UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DONNELL MOORE, | ) | CASE NO. CV 15-7524-CAS (AJW) |
|     Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| JEROME PRICE, Warden, | ) ) | |
|     Respondent. | ) ) | |

    It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: May 25, 2016

                                              _____
                                              Christina A. Snyder
                                              United States District Judge